B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gross, James M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-1749** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**350 South First Street, #201**<br>**Saint Charles, IL**<br>ZIP Code **60174** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gross, James M.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **Allied Drywall Materials and Management Corp.** | Case Number: **10-15123** | Date Filed: **4/06/10** |
| District: **Northern District of Illinois** | Relationship: **Affiliate** | Judge: **Squires** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**B1 (Official Form 1)(4/10)** **Page 3**

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s):<br>**Gross, James M.** |
| *(This page must be completed and filed in every case)* | |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ James M. Gross**
Signature of Debtor **James M. Gross**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**October 27, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Attorney*

X **/s/ Charles S. Stahl, Jr.**
Signature of Attorney for Debtor(s)

**Charles S. Stahl, Jr. 2699915**
Printed Name of Attorney for Debtor(s)

**Swanson Martin & Bell LLP**
Firm Name

**2525 Cabot Drive**
**Suite 204**
**Lisle, IL 60532**

Address

**Email: cstahl@smbtrials.com**
**630-799-6900 Fax: 630-799-6901**
Telephone Number

**October 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **James M. Gross**                                                              Case No.
                                      Debtor(s)                                        Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ James M. Gross**
**James M. Gross**

Date: **October 27, 2010**

AA Auto Glass
735 North Yale
Unit C
Villa Park, IL 60181


ADP, Inc.
5800 Windward Parkway MS-A321
Alpharetta, GA 30005


ADT
P.O. Box 371967
Pittsburgh, PA 15250-7967


Advanced Fire Protection
12955 West Smith Road
Manhattan, IL 60442


Allied Drywall Materials
1570 Hecht Court
Bartlett, IL 60103


Allied Properties Hazelcrest, LLC
222 East Windsor
Lombard, IL 60148


Allied Properties, LLC
350 South 1st Street, #201
Saint Charles, IL 60174


Arrow Uniform
6400 Monroe Boulevard
Taylor, MI 48180


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


AT&T
Bankruptcy Dept./Linda Adams
6021 S. Rio Grande, 1st floor
Orlando, FL 32859


AT&T Mobility
P.O. Box 6428
Carol Stream, IL 60197-6248

ATG Credit, LLC
1700 West Cortland
Chicago, IL 60622


Atomic Transmissions
100 East North Avenue
Villa Park, IL 60181


Avalon Petroleum
7326 Eagle Way
Chicago, IL 60678-1073


Belmar Sprinkler Systems, Inc.
2620 Bridge Lane
Woodstock, IL 60098


Best Supply
1510 Lunt Avenue
Elk Grove Village, IL 60007


Cabs
303 West Irving Park Road
Roselle, IL 60172


Certainteed Gypsum
4300 West Cypress Avenue
suite 500
Tampa, FL 33607


Chartis
P.O. Box 409
Parsippany, NJ 07054-0409


Chicago Flameproof
1200 South Lake Street
Montgomery, IL 60538


Citi Business Card
P.O. Box 44180
Jacksonville, FL 32231-4180


City of St. Charles
Utility Billing Division
2 East Main Street
Saint Charles, IL 60174

```
CJC Auto Parts
1819 West North Avenue
Melrose Park, IL 60160


Clark Western
501 Steward Road
Rochelle, IL 61068


ComEd
System Credit/Bankruptcy Dept.
2100 Swift Drive
Oak Brook, IL 60523


Compass International
501 Airpark Drive
Fullerton, CA 92833


Computer for Business
P.O. Box 610
Prospect Heights, IL 60070


Contractors Accoustical Supply
17254 West New Lennox Road
Joliet, IL 60433


Contractors Adj. Co.
570 Lake Cook Road
Suite 305
Deerfield, IL 60015


Dell Financial
P.O. Box 5292
Carol Stream, IL 60197-5292


Dell, Inc.
One Dell Way
Round Rock, TX 78664


DEX
5000 College Boulevard
Suite 201
Overland Park, KS 66211-1629
```

Diane Vasak
125 North Somonauk Road
Cortland, IL 60112


Dietrich Industries
1613 Solutions Center
Chicago, IL 60677-1005


DirecTV
P.O. Box 60036
Los Angeles, CA 90060


Diversifoam Products
9091 County Road 50
Rockford, MN 55373


DNL Health Care Services
2250 East Devon
Suite 202
Des Plaines, IL 60018


DuPage County Collector
Gwen Henry, CPA, Co.
421 North County Farm Road
Wheaton, IL 60187


Empcor
4633 South Knox
Chicago, IL 60632


F.W. Diesel
24253 Thorn Creek Lane
Crete, IL 60417


FedEx
P.O. Box 94515
Palatine, IL 60094-4515


Finkel, Martwick & Colson
203 North LaSalle Street
15th Floor
Chicago, IL 60601-1293

```
First Real Estate Services
120 West Madison
Suite 1200
Chicago, IL 60602


Fry Reglet Corp.
12342 Hawkins Street
Santa Fe Springs, CA 90670


Georgia Pacific
133 Peachtree Street NE
Atlanta, GA 30303


Globalcom
200 East Randolph Street
Suite 2300
Chicago, IL 60601


Green Glue Co.
710 11th Avenue NE
West Fargo, ND 58078


Home Depot
P.O. Box 9121
Des Moines, IA 50368-9121


HSBC Business Solutions
P.O. Box 5219
Carol Stream, IL 60197-5219


IDI
1501 Scottsdale Court
Elgin, IL 60123


Illinois Fire & Safety
702 South Rohlwing Road
Addison, IL 60101


Illinois Teamsters Training Fund
990 NE Frontage Road
Suite 4
Joliet, IL 60431-2764
```

Industrial Cork
848 Larch Avenue
Elmhurst, IL 60126


J.D. Mueller
16961 State Street
South Holland, IL 60473


Jeffrey White
1222 Elm Street
Saint Charles, IL 60174


Just Rite Accoustics
1501 Estes Avenue
Elk Grove Village, IL 60007


K. Hoving
2351 Powis Road
West Chicago, IL 60185


Kane County Collector


Katten Muchin Rosenman
525 West Monroe Street
Chicago, IL 60661-3693


Lafarge Gypsum Co.
12950 Worldgate Drive
Suite 400
Herndon, VA 20170


LWI Supply
1551 Crescent Lake Drive
Montgomery, IL 60538


M&K Cleaning Solutions
110 East Stevenson Drive
Glendale Heights, IL 60139


Marino/Ware Industries
400 Metuchen Road
South Plainfield, NJ 07080

```
Mark Rosandich
24860 South Klemme
Crete, IL 60417


Marlin Leasing
300 Fellowship Road
Mount Laurel, NJ 08054


MBA Building Supplies
809 East Park Avenue
Libertyville, IL 60048


Menards
330 North Randall Road
Batavia, IL 60510


Merritt Credit Bureau
549 West Randolph Street
Chicago, IL 60661


Milestone Row Condominium Assoc.
409 Illinois Avenue
Suite 1C
Saint Charles, IL 60174


Molenhouse Ent., Inc.
P.O. Box 36
Wheaton, IL 60187


National Gypsum Co.
12955 West Smith Road
Manhattan, IL 60442


Nexgen Building Supply
160 Eisenhower North
Lombard, IL 60148


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


Nicor Gas
P.O. Box 0632
Aurora, IL 60507-0632
```

```
Norman Mareci, CPA
6438 South Cass Avenue
Westmont, IL 60559


Northwest Building Supply
21775 Weiland Avenue
Prairie View, IL 60069


Olympic Signs
1130 North Garfield
Lombard, IL 60148


Optimal Fire Protection
361 Cleveland Avenue
Aurora, IL 60506


Oswego Building Supply
31 Commerce Drive
Oswego, IL 60543


Pacer Service Center
P.O. Box 70951
Charlotte, NC 28272-0951


Padd Electrical
22635 South State Street
Steger, IL 60475


Parksite
6982 Paysphere Circle
Chicago, IL 60674


Petroleum Tech.
8447 West 44th Place
Lyons, IL 60534


Phillips Manufacturing Co.
4949 South 30th Street
Omaha, NE 68107


Piccione, Keeley & Associates, Ltd.
122C South County Farm Road
Wheaton, IL 60187
```

```
Prime Source
1650 Leider Lane
Buffalo Grove, IL 60089


Ray's Car Care
16702 Kedzie Avenue
Hazel Crest, IL 60429


Runnion Equipment Co.
7950 West 47th Street
Lyons, IL 60534


Saint-Gobain
1795 Baseline Road
Grand Island, NY 14072-2010


Skyline Disposal
66 Eastg 24th Street
Chicago Heights, IL 60411


Specialty Products
1420 West Thorndale
Itasca, IL 60143


Speedway SuperAmerica LLC
P.O. Box 1590
Springfield, OH 45501


Stanley Security
Dept. CH 10651
Palatine, IL 60055


State Auto Insurance Co.
P.O. Box 182738
Columbus, OH 43218-2738


STC Capital Bank
460 South 1st Street
Saint Charles, IL 60174


STC Capital Bank
460 South First Street
Saint Charles, IL 60174
```

Steve Gross


Suburban Teamsters of Northern
Illinois Welfare Fund
1171 Commerce Drive, Unit 1
West Chicago, IL 60185


Swanson Contracting
11701 South Mayfield Avenue
Alsip, IL 60803


Teamsters Local 673
1050 West Roosevelt Road
West Chicago, IL 60185


The Morton Group
10320 Orland Parkway
Orland Park, IL 60467


TM Tire Co.
4201 Midlothian Turnpike
Crestwood, IL 60445


Tredroc Tire Service
1150 Atlantic Drive
West Chicago, IL 60185


Trim Tex
3700 West Pratt
Lincolnwood, IL 60712-2508


U.S. Cellular
P.O. Box 0203
Palatine, IL 60055-0203


United Lift Truck
1100 South 25th Avenue
Bellwood, IL 60104


United States Gypsum
550 West Adams Street
Chicago, IL 60661-3676

Valley Ambulatory Surgery Center
2210 Dean Street
Saint Charles, IL 60175


Villa Park Office Equipment
1120 North Villa Avenue
Villa Park, IL 60181-1054


Village of Bartlett
228 South Main Street
Bartlett, IL 60103-4495


Village of Hazelcrest
3000 West 170th Place
Hazel Crest, IL 60429


Village of Lombard
255 East Wilson Avenue
Lombard, IL 60148


Walter Gross
222 East Windsor
Lombard, IL 60148


West & Sons Towing
1821 West Fullerton
Addison, IL 60101


West Suburban Bank
711 South Westmore/Meyers Road
Lombard, IL 60148


Windy City Truck Repair
61 South Mitchell Court
Addison, IL 60101


Woolf Distributing
8550 Ridgefield Road
Crystal Lake, IL 60012-2802


Zoepaz, Inc.
444 East Roosevelt Road
Suite 268
Lombard, IL 60148